TRULINCS 64529037 - BOATENG, ERWIN - Unit: CUM-G-B

---

FROM: 64529037
TO:
SUBJECT: EXTENSION OF APPEAL
DATE: 12/05/2022 08:27:44 AM

Erwin Boateng

vs

United States
Case # 8:19 CR-00032-RDB

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 7 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

### REQUEST TO EXTEND DEADLINE TO FILE WRIT OF HABEAS CORPUS (2255)

My name is Erwin Boateng 64529-037, a United States Marine Corps Combat veteran currently serving a 42 month sentence at Federal Satellite Camp Cumberland Maryland, pursuant to Rule 6(b) of Federal Rules of Civil Procedure, i respectfully request an extension for the deadline to file a Writ Habeas Corpus (2255 motion). My current projected release date is March 30th, 2023; Upon Release from FCI Cumberland, i will be able to access legal resources that are currently limited due to periodic COVID restrictions. I will also have access to information, documents and correspondence that will enable me to present all the merits and facts of my Habeas petition to the court.

For these reasons, i respectfully request this Honorable Court to grant me an extension of 180 days to allow me time, and access to resources that will give me the ability to fairly fight for justices to be served in my Case.

Respectfully Submitted,
Erwin Boateng
64529037